IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL STAMM, | : | |
|    Petitioner | : | |
| | : | No. 1:16-cr-00082-9 |
| v. | : | |
| | : | (Judge Kane) |
| UNITED STATES OF AMERICA, | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 7th day of June 2021, upon consideration of Petitioner Paul Stamm ("Petitioner")'s motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 997), and in accordance with the Memorandum entered concurrently with this Order,

**IT IS ORDERED THAT**:

1. Petitioner's motion (Doc. No. 997) is **DENIED**;

2. A Certificate of Appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the related case at 1:20-cv-00273.

                                                                                       s/ Yvette Kane
                                                                                      Yvette Kane, District Judge
                                                                                      United States District Court
                                                                                      Middle District of Pennsylvania